B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mills, Debra Joy** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Debra Joy Tashjian** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7025** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**241 South Main Street**<br>**Unit 208**<br>**Bartlett, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
| --- | --- |
| ZIP Code **60103** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11                of a Foreign Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                of a Foreign Nonmain Proceeding |
| --- | --- | --- |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mills, Debra Joy** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X  /s/ Richard L. Hirsh          September 25, 2013** Signature of Attorney for Debtor(s)          (Date)  **Richard L. Hirsh 1225936** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Mills, Debra Joy** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Debra Joy Mills**
Signature of Debtor  **Debra Joy Mills**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September 25, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ Richard L. Hirsh**
Signature of Attorney for Debtor(s)

**Richard L. Hirsh 1225936**
Printed Name of Attorney for Debtor(s)

**Richard L. Hirsh, P.C.**
Firm Name

**1500 Eisenhower Lane
Suite 800
Lisle, IL 60532-2135**

Address

**Email: richala@sbcglobal.net**
**630 434-2600  Fax: 630 434-2626**
Telephone Number

**September 25, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Debra Joy Mills**                                                                 Case No. _____
                                                     _____      Chapter      **7**      _____
                                                               Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

              Signature of Debtor:    **/s/ Debra Joy Mills**

                                    **Debra Joy Mills**

              Date:    **September 25, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Debra Joy Mills** _____,    Case No. _____

Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 113,000.00 | | |
| B - Personal Property | Yes | 3 | 40,102.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 130,380.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 6,247.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 51 | | 711,449.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,209.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,469.26 |
| Total Number of Sheets of ALL Schedules | | 63 | | | |
| Total Assets | | | 153,102.00 | | |
| Total Liabilities | | | | 848,076.36 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re  **Debra Joy Mills**                                                                                       ,     Case No. _____

                                                 Debtor

                                                                                               Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 6,247.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 6,247.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,209.16 |
| Average Expenses (from Schedule J, Line 18) | 4,469.26 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,227.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,131.35 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 711,449.01 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 712,580.36 |

B6A (Official Form 6A) (12/07)

.

In re    **Debra Joy Mills**                                                                ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **241 South Main Street Unit #208 Bartlett, IL 60103** | **Fee Simple** | - | **113,000.00** | **Unknown** |

|  | Sub-Total > | **113,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **113,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Debra Joy Mills**                                                        ,          Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Chartered Bank** | - | **1,500.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods and Furnishings including kitchen table, four chairs, bed, dresser, couch, and two end tables.** | - | **750.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous Books** | - | **100.00** |
| 6.  Wearing apparel. | | **Miscellaneous wearing apparel including coats, shoes, pants, tops, dresses.** | - | **1,000.00** |
| 7.  Furs and jewelry. | | **Costume jewelry** | - | **300.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

                                                                        Sub-Total >          **3,650.00**
                                                                    (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Debra Joy Mills**
_____,      Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Raymond James IRA 800 West Bartlett Bartlett, IL 60103** | - | 18,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         18,000.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Debra Joy Mills**                        ,        Case No. _____
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Hyundai Santa Fe VIN Number 5XYZKDAG2CG128937** | - | 18,152.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Laptop** | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **House cats** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **18,452.00**
(Total of this page)
Total >    **40,102.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Debra Joy Mills**                                                                    ,        Case No. _____
                                                                 Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **241 South Main Street** **Unit #208** **Bartlett, IL 60103** | **735 ILCS 5/12-901** | **15,000.00** | **113,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **American Chartered Bank** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous Household Goods and Furnishings including kitchen table, four chairs, bed, dresser, couch, and two end tables.** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous Books** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous wearing apparel including coats, shoes, pants, tops, dresses.** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Costume jewelry** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Raymond James IRA** **800 West Bartlett** **Bartlett, IL 60103** | **735 ILCS 5/12-1006** | **100%** | **18,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2012 Hyundai Santa Fe VIN Number 5XYZKDAG2CG128937** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **18,152.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Laptop** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Total:        **39,350.00**        **153,102.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Debra Joy Mills** _____, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxxxx6789** <br><br> **Hyundai Motor Finance** <br> **10550 Talbert** <br> **Fountain Valley, CA 92628** | | | - | **Automobile Loan** <br><br> **2012 Hyundai Santa Fe VIN Number 5XYZKDAG2CG128937** <br><br> Value $        18,152.00 | | | | 16,249.00 | 0.00 |
| Account No. <br><br> **SEP LLC BTC LOFTS** <br> **241 S. MAIN** <br> **Bartlett, IL 60103** | | | | **CONDO ASSESSMENT** <br><br> **241 South Main Street** <br> **Unit #208** <br> **Bartlett, IL 60103** <br><br> Value $        113,000.00 | | | | Unknown | Unknown |
| Account No. **xxxx5100** <br><br> **St. Charles Bank & Trust Co.** <br> **Loan Department** <br> **411 West Main Street** <br> **Saint Charles, IL 60174** | | | - | **7/2011** <br><br> **First Mortgage** <br><br> **241 South Main Street** <br> **Unit #208** <br> **Bartlett, IL 60103** <br> Value $        113,000.00 | | | | 114,131.35 | 1,131.35 |
| Account No. <br><br><br><br><br> | | | | <br><br><br><br> Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal <br> (Total of this page) | 130,380.35 | 1,131.35 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 130,380.35 | 1,131.35 |

B6E (Official Form 6E) (4/13)

In re **Debra Joy Mills**                                ,      Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                          __1__     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Debra Joy Mills**                                                    ,        Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-7025** <br><br> **Illinois Department of Revenue** <br> **P.O. Box 64338** <br> **Chicago, IL 60664-0338** | - | | **2011 INCOME TAXES** | | | X | **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101** | - | | **2011 irs 1040** | | | X | **6,247.00** | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | **0.00** <br> **6,247.00** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **0.00** <br> **6,247.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Debra Joy Mills** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6426**<br><br>**ADT Security Services Inc**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967** | | - | **Security Services** | | | | **279.86** |
| Account No.<br><br>**Apelles**<br>**Post Office Box 1197**<br>**Westerville, OH 43086** | | | **Representing:**<br>**ADT Security Services Inc** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx8016**<br><br>**Advanta Bk**<br>**Welsh and McKean Roads**<br>**Po Box 844**<br>**Spring House, PA 19477** | | - | **Opened  4/01/97  Last Active 12/12/08**<br>**ChargeAccount for Business Debt** | | | X | **33,108.39** |
| Account No. **xxxxxxx4752**<br><br>**Alexian Brothers Health System**<br>**3030 Salt Creek**<br>**Arlington Heights, IL 60005** | | - | **Medical Services** | | | | **2,527.95** |

| | | |
|---|---|---|
| __50__  continuation sheets attached | Subtotal<br>(Total of this page) | **35,916.20** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    S/N:29597-130801   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                    ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Optimum Outcomes**<br>**Post office Box 660943**<br>**Dallas, TX 75266** | | | Representing:<br>**Alexian Brothers Health System** | | | | **Notice Only** |
| Account No. **xxxxxxxx5933**<br><br>**Alexian Brothers Hospital Network**<br>**3040 Salt Creek Lane**<br>**Arlington Heights, IL 60005** | | - | **Medical Services** | | | | **25.68** |
| Account No.<br><br>**Malcolm S. Gerald and Associates, I**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | Representing:<br>**Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No.<br><br>**Revenue Cycle Solutions, Inc.**<br>**Post Office Box 361230**<br>**Birmingham, AL 35236** | | | Representing:<br>**Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No.<br><br>**Alexian Brothers Hospital Network**<br>**3040 Salt Creek Lane**<br>**Arlington Heights, IL 60005** | | - | **Medical Services** | | | | **28.95** |

Sheet no. __**1**__ of __**50**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Malcolm S. Gerald and Associates, I 332 South Michigan Avenue Suite 600 Chicago, IL 60604** | | | Representing: Alexian Brothers Hospital Network | | | | **Notice Only** |
| Account No. **Revenue Cycle Solutions, Inc. P.O. Box 7229 Westchester, IL 60154-7229** | | | Representing: Alexian Brothers Hospital Network | | | | **Notice Only** |
| Account No. **Alexian Brothers Hospital Network 3040 Salt Creek Lane Arlington Heights, IL 60005** | - | | Medical Services | | | | **108.04** |
| Account No. **Revenue Cycle Solutions, Inc. P.O. Box 7229 Westchester, IL 60154-7229** | | | Representing: Alexian Brothers Hospital Network | | | | **Notice Only** |
| Account No. **Alexian Brothers Hospital Network 3040 Salt Creek Lane Arlington Heights, IL 60005** | - | | Medical Services | | | | **128.24** |

Sheet no. __**2**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**236.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                      ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Malcolm S. Gerald and Associates, I** **332 South Michigan Avenue** **Suite 600** **Chicago, IL 60604** | | | **Representing:** **Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Revenue Cycle Solutions, Inc.** **P.O. Box 7229** **Westchester, IL 60154-7229** | | | **Representing:** **Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No. **xxxxxxxx9506** | | | **Medical Services** | | | | |
| **Alexian Brothers Hospital Network** **3040 Salt Creek Lane** **Arlington Heights, IL 60005** | - | | | | | | **215.48** |
| Account No. | | | | | | | |
| **Malcolm S. Gerald and Associates, I** **332 South Michigan Avenue** **Suite 600** **Chicago, IL 60604** | | | **Representing:** **Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Revenue Cycle Solutions, Inc.** **P.O. Box 7229** **Westchester, IL 60154-7229** | | | **Representing:** **Alexian Brothers Hospital Network** | | | | **Notice Only** |

Sheet no. __3___ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**215.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                      ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Medical Services | | | | |
| **Alexian Brothers Hospital Network 3040 Salt Creek Lane Arlington Heights, IL 60005** | | - | | | | | | **705.36** |
| Account No. | | | | | | | | |
| **Revenue Cycle Solutions, Inc. P.O. Box 7229 Westchester, IL 60154-7229** | | | | Representing: Alexian Brothers Hospital Network | | | | **Notice Only** |
| Account No. | | | | Medical Services | | | | |
| **Alexian Brothers Hospital Network 3040 Salt Creek Lane Arlington Heights, IL 60005** | | - | | | | | | **34,577.03** |
| Account No. | | | | | | | | |
| **Optimum Outcomes Computer Credit** | | | | Representing: Alexian Brothers Hospital Network | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Revenue Cycle Solutions, Inc. P.O. Box 7229 Westchester, IL 60154-7229** | | | | Representing: Alexian Brothers Hospital Network | | | | **Notice Only** |

Sheet no. __4__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,282.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4423** <br><br> **Alexian Brothers Hospital Network** <br> **3040 Salt Creek Lane** <br> **Arlington Heights, IL 60005** | - | | | **Medical Services Rendered** | | | | **96.06** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **Claim Dept 003305** <br> **640 West Fourth Street** <br> **Winston Salem, NC 27113-5238** | | | | **Representing:** <br> **Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No. <br><br> **Malcolm S. Gerald and Associates, I** <br> **332 South Michigan Avenue** <br> **Suite 600** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Alexian Brothers Hospital Network** | | | | **Notice Only** |
| Account No. <br><br> **Alternative Sleep Disorder Center** <br> **1122 North Main Street** <br> **Algonquin, IL 60102** | - | | | **medical services** | | | | **0.00** |
| Account No. **xx4634** <br><br> **Amer Coll Co/ACC International** <br> **Acc International** <br> **919 Estes Ct.** <br> **Schaumburg, IL 60193** | - | | | **Opened  8/01/10** <br> **CollectionAttorney Core Orthopedics   Obd** | | | | **124.00** |

Sheet no. __5__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**220.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**
_____,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxx1913<br><br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | - | | | | **Opened 9/01/93 Last Active 12/26/08**<br>**CreditCard Debt plus accrued interest for**<br>**Business** | | | X | **32,255.45** |
| Account No.<br><br>**Law Offices of Mitchell N. Kay, PC**<br>**PO Box 2374**<br>**Chicago, IL 60690-2364** | | | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No. xxxxxxxxxxx3453<br><br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | - | | | | **Opened 1/01/93 Last Active 2/22/09**<br>**CreditCard for Business** | | | X | **1,427.00** |
| Account No.<br><br>**NCO Financial Systems**<br>**PO Box 15773**<br>**Wilmington, DE 19850** | | | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No.<br><br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | - | | | | **Business Debt** | | | X | **376.13** |

Sheet no. __6___ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,058.58**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Debra Joy Mills** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx73N1**<br><br>**Ascenson Col**<br>**Po Box 210278**<br>**Bedford, TX 76095** | - | | 01 Hsbc Retail | | | X | 658.00 |
| Account No. **xxxxx7804**<br><br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI 48090** | - | | Opened  8/01/11<br>FactoringCompanyAccount Bank Of America | | | X | 23,792.00 |
| Account No. **xxxxx6592**<br><br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI 48090** | - | | Opened  6/01/11<br>FactoringCompanyAccount Citibank Sears Great Indoors | | | X | 9,404.00 |
| Account No. **xxxxxxxxx0132**<br><br>**AT&T**<br>**P.O. Box 9001309**<br>**Louisville, KY 40290-1309** | - | | Phone Service | | | | 203.22 |
| Account No. **xxxxxxxxxxxx3095**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-0314**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | - | | Opened  1/01/06  Last Active 12/22/08<br>ChargeAccount for Business | | | X | 11,666.00 |

Sheet no. __7___ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal

(Total of this page)

45,723.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Debra Joy Mills** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blitt and Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | | Representing:<br>**Bank Of America** | | | | **Notice Only** |
| Account No.<br><br>**Calvary Portfolio Services, LLC**<br>**Bankruptcy Department**<br>**500 Summit Lake Drive, Suite 400**<br>**Valhalla, NY 10595** | | | | Representing:<br>**Bank Of America** | | | | **Notice Only** |
| Account No.<br><br>**Central Portfolio Control** | | | | Representing:<br>**Bank Of America** | | | | **Notice Only** |
| Account No. xxxxxxxx7081<br><br>**Bank Of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | - | | | **Credit Card Debt plus accrued interest for the business** | | | X | **22,625.89** |
| Account No.<br><br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | | | Representing:<br>**Bank Of America** | | | | **Notice Only** |

Sheet no. __8__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,625.89**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Debra Joy Mills** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| **Financial Recovery Services, Inc.** **Post Office Box 385908** **Minneapolis, MN 55438** | | | | **Bank Of America** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx2800** | | | | **Credit card purchases plus accrued interest** | | | | |
| **Bank Of America** **P.O. Box 1598** **Norfolk, VA 23501** | - | | | | | | | **6,991.49** |
| Account No. | | | | Representing: | | | | |
| **Calvary Portfolio Services** **c/o LTD Financial Services** **7322 Southwest Freeway - Suite 1600** **Houston, TX 77074** | | | | **Bank Of America** | | | | **Notice Only** |
| Account No. | | | | Representing: | | | | |
| **Creditors Financial Group, LLC** **3131 South Vaughn Way** **Suite 110** **Aurora, CO 80014** | | | | **Bank Of America** | | | | **Notice Only** |
| Account No. | | | | Representing: | | | | |
| **Encore Receivable Management, Inc.** **400 North Rogers Road** **PO Box 3330** **Topeka, KS 66603-3330** | | | | **Bank Of America** | | | | **Notice Only** |

Sheet no. __9__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,991.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                         ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Focus Receivables Managment** **1130 Northchase Parkway** **Suite 150** **Marietta, GA 30067** | | | | Representing: **Bank Of America** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **LTD Financial Services, L.P.** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | | | | Representing: **Bank Of America** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6196** | | | | **Crefit Card Debt plus accrued interest - Business Debt** | | | | |
| **Bank Of America** **P.O. Box 1598** **Norfolk, VA 23501** | - | | | | | | X | **22,795.32** |
| Account No. | | | | | | | | |
| **Asset Acceptance, LLC** **PO Box 2036** **Warren, MI 40890-2036** | | | | Representing: **Bank Of America** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Financial Recovery Services, Inc.** **Post Office Box 385908** **Minneapolis, MN 55438** | | | | Representing: **Bank Of America** | | | | **Notice Only** |

Sheet no. __**10**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,795.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxxxx x0239**<br><br>**Bank Of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | - | | **Credit Card Debt plus accrued interest for Millstone Mortgage & Financial** | | | X | **15,589.21** |
| Account No.<br><br>**Bank Of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | - | | **Credit Card Debt plus accrued interest** | | | | **34,683.34** |
| Account No.<br><br>**Blitt and Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No.<br><br>**Calvary Portfolio Services, LLC**<br>**Post Office Box 27288**<br>**Tempe, AZ 85285** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No.<br><br>**Central Portfolio Control** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |

Sheet no. __11__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,272.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                                    ,     Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comstar Financial Services** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-9677**<br><br>**Bank Of America**<br>**P.O. Box 1598**<br>**Norfolk, VA 23501** | - | | **Credit Card Debt plus accrued interest for business purposes** | | | X | **7,332.01** |
| Account No.<br><br>**Blitt and Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No.<br><br>**Calvary Portfolio Services, LLC**<br>**Post Office Box 27288**<br>**Tempe, AZ 85285** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No.<br><br>**Central Portfolio Control, Inc.**<br>**6640 Shady Oak Road**<br>**Suite #300**<br>**Eden Prairie, MN 55344-7710** | | | **Representing:**<br>**Bank Of America** | | | | **Notice Only** |

Sheet no. __12__ of __50__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,332.01**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                              ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2197**<br><br>**Bank One**<br>**Mail Code IL1-2090**<br>**439 West Schick Road**<br>**Bloomingdale, IL 60108** | - | | mortgage loan re 1118N Clark Lane Galena, IL 61036 (foreclosed) | | | | **Unknown** |
| Account No.<br><br>**Barbara White**<br>**356 North West Avenue**<br>**Elmhurst, IL 60126** | - | | | | | | **Unknown** |
| Account No.<br><br>**Bryan Consulting**<br>**651 South Sutton Road**<br>**Suite 223**<br>**Streamwood, IL 60107** | - | | Boutique Necessities & Spa by Dej debt | | | X | **945.61** |
| Account No.<br><br>**Keynote Consulting, Inc.**<br>**220 Camput Drive**<br>**Suite 102**<br>**Arlington Heights, IL 60004** | | | Representing:<br>**Bryan Consulting** | | | | **Notice Only** |
| Account No. **xxxxx6920**<br><br>**Bsi Financial Services**<br>**101 N 2nd St**<br>**Titusville, PA 16354** | - | | Opened  7/01/07  Last Active  9/28/09 | | | | **Unknown** |

Sheet no. __**13**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**945.61**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                                            ,          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7478**<br><br>**Calvary Portfolio Services**<br>**Attention: Bankruptcy Department**<br>**500 Summit Lake Dr. Suite 400**<br>**Valhalla, NY 10595** | - | | Opened 12/01/11<br>CollectionAttorney Bank Of America | | | X | **35,429.00** |
| Account No. **xxxx8719**<br><br>**Calvary Portfolio Services**<br>**Attention: Bankruptcy Department**<br>**500 Summit Lake Dr. Suite 400**<br>**Valhalla, NY 10595** | - | | Opened 7/01/11<br>CollectionAttorney Bank Of America | | | X | **7,028.00** |
| Account No. **xxxxxxxxxx9121**<br><br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | - | | Black Tie Affair, Inc. Credit Card Business Debt | | | X | **1,362.95** |
| Account No.<br><br>**Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | Representing:<br>Capital One | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx9006**<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | - | | Opened 1/01/07 Last Active 1/23/09<br>CreditCard for Business | | | X | **18,816.14** |

Sheet no. __14__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,636.09**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**
_____ ,          Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Northland Group, Inc. PO Box 390846 Minneapolis, MN 55439 | | | Representing: Capital One, N.a. | | | | Notice Only |
| Account No. | | | | | | | |
| RAB, Inc. PO Box Memphis, TN 38184-0111 | | | Representing: Capital One, N.a. | | | | Notice Only |
| Account No. xxxxxxxxxxxx1976 | | | Opened  8/01/99  Last Active 12/22/08 CreditCard for Business | | | | |
| Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | - | | | | | X | 36,773.00 |
| Account No. xxxxxxx6527 | | | Opened  7/01/07  Last Active  9/28/09 CreditLineSecured for Business | | | | |
| Chase Po Box 24696 Columbus, OH 43224 | - | | | | | X | 11,008.49 |
| Account No. | | | | | | | |
| Equable Ascent Financial 1120 West Lake Co. Buffalo Grove, IL 60089 | | | Representing: Chase | | | | Notice Only |

Sheet no. __**15**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **47,781.49**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                                    ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: Chase | | | | Notice Only |
| **National Action Financial Services** **165 Lawrence Bell Drive, Suite 100** **Post Office Box 927** **Buffalo, NY 14231** | | | | | | | | |
| Account No. | | - | | possible deficiency  re mortgage  12838 Timber Creek Drive Huntley, Illinois | | | | |
| **Chase** **P.O. Box 24696** **Columbus, OH 43224** | | | | | | | | **Unknown** |
| Account No. xxxxxxxxxx1468 | | - | | Millstone Mortgage Financial Center, Inc. d/b/a Boutique Necessities & Spa Credit Card Business Debt plus accrued interest | | | X | |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | | **151.29** |
| Account No. xxxxxxxxxxxxx3551 | | - | | Business Credit Card Debt plus accrued interest | | | X | |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | | **162.77** |
| Account No. | | | | Representing: Chase | | | | **Notice Only** |
| **PFG of Minnesota** **7825 Washington Avenue** **Suite 310** **Minneapolis, MN 55439** | | | | | | | | |

Sheet no. __16__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**314.06**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4997**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | **Business Credit Card Debt plus accrued interest** | | | X | **9,690.92** |
| Account No.<br><br>**Creditors Financial Group, LLC**<br>**3131 South Vaughn Way**<br>**Suite 110**<br>**Aurora, CO 80014** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**2015 Vaughn Road NW**<br>**Building 400**<br>**Kennesaw, GA 30144** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | **Business Credit Card Debt plus accrued interest** | | | X | **8,898.08** |

Sheet no. __17__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,589.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Pinnacle Collection Agency, Inc.** 1900 Sangamon Avenue Suite B Springfield, IL 62702 | | | | Representing: Chase | | | | Notice Only |
| Account No. **Sage Capital Recovery** 1040 Kings Highway North Cherry Hill, NJ 08034 | | | | Representing: Chase | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-9818 **Chase** P.O. Box 15153 Wilmington, DE 19886-5153 | - | | | **Business Credit Card Debt plus accrued interest** | | | X | 13,570.51 |
| Account No. **Capital Management Services, LP** 726 Exchange Street Suite 700 Buffalo, NY 14210 | | | | Representing: Chase | | | | Notice Only |
| Account No. **Midland Credit Management, Inc.** 8875 Aero Drive San Diego, CA 92123 | | | | Representing: Chase | | | | Notice Only |

Sheet no. __18__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,570.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                          , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midland Credit Management, Inc.** **Post Office Box 60578** **Los Angeles, CA 90060** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management, inc.** **Post Office Box 603** **Dept. #12421** **Oaks, PA 19456** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxxxx6527 | - | | **Business Credit Card Debt plus accrued interest** | | | X | |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | **102,172.05** |
| Account No. | | | | | | | |
| **Allied International Credit Corpora** **10 EAst Shore Drive** **Third Floor** **Glen Allen, VA 23059** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management, Inc.** **8875 Aero Drive** **San Diego, CA 92123** | | | Representing: **Chase** | | | | **Notice Only** |

Sheet no. __19__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**102,172.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Pinnacle Collection Agency, Inc.**<br>**1900 Sangamon Avenue**<br>**Suite B**<br>**Springfield, IL 62702** | | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Pinnacle Group** | | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-2661**<br><br>**Citi**<br>**Attention:  Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64915** | - | | | **Business Credit Card Debt plus accrued interest** | | | X | **2,159.96** |
| Account No.<br><br>**Creditors Financial Group, LLC**<br>**3131 South Vaughn Way**<br>**Suirte 110**<br>**Aurora, CO 80014** | | | | **Representing:**<br>**Citi** | | | | **Notice Only** |

| | | | |
|---|---|---|---|
| Sheet no. __20__ of __50__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal<br>(Total of this page) | **2,159.96** |

B6F (Official Form 6F) (12/07) - Cont.

In re __**Debra Joy Mills**_____ ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9673**<br><br>**Citi**<br>**Attention:  Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64915** | - | | | **Business Credit Card Debt plus accrued interest** | | | X | **9,622.60** |
| Account No.<br><br>**Asset Acceptance, LLC**<br>**Post Office Box 2036**<br>**Warren, MI 48090** | | | | Representing:<br>Citi | | | | **Notice Only** |
| Account No.<br><br>**Capital Management Services, LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | | Representing:<br>Citi | | | | **Notice Only** |
| Account No.<br><br>**J.C. Christensen & Associates, Inc.**<br>**Post Office Box 519**<br>**Sauk Rapids, MN 56379** | | | | Representing:<br>Citi | | | | **Notice Only** |
| Account No.<br><br>**LNVN Funding, LLC**<br>**Post office Box 3038**<br>**Evansville, IN 47730** | | | | Representing:<br>Citi | | | | **Notice Only** |

Sheet no. __**21**__ of __**50**__ sheets attached to Schedule of      Subtotal      **9,622.60**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                              ,        Case No. _____
                                         **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-7083** | | | | | **Business Credit Card Debt plus accrued interest** | | | | |
| **Citi** **Attention:  Bankruptcy** **Po Box 20507** **Kansas City, MO 64915** | - | | | | | | | X | 13,093.29 |
| Account No. | | | | | | | | | |
| **Capital Management Services, LP** **726 Exchange Street** **Suite 700** **Buffalo, NY 14210** | | | | | Representing: Citi | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Financial Recovery Services, Inc.** **Post Office Box 385908** **Minneapolis, MN 55438** | | | | | Representing: Citi | | | | Notice Only |
| Account No. **xxxxxxxxxx2441** | | | | | **Business Credit Card Debt plus accrued interest** | | | | |
| **Citibank** **P.O. Box 6000** **The Lakes, NV 89163-6000** | - | | | | | | | X | 2,529.74 |
| Account No. | | | | | | | | | |
| **Financial Recovery Services, Inc.** **Post Office Box 385908** **Minneapolis, MN 55438** | | | | | Representing: Citibank | | | | Notice Only |

Sheet no. __22__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,623.03

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                                         ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx-xxxx69-20** | | | | | posible mortgage deficiency re 12838 Timber Creek Drive Huntley, Illinois | | | | |
| **Citigroup Global Markets RealtyCorp 390 Greenwich Street New York, NY 10013** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **BSI Financial Services, Inc. Post Office Box 1943 Richmond, IN 47375** | | | | | Representing: Citigroup Global Markets RealtyCorp | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Strategic Recovery Group 7880 Bent Branch Drive Suite 150 Irving, TX 75063** | | | | | Representing: Citigroup Global Markets RealtyCorp | | | | **Notice Only** |
| Account No. | | | | | cable services | | | | |
| **Comcast 1711 E. Wilson Street Batavia, IL 60510-1470** | - | | | | | | | | |
| | | | | | | | | | **686.00** |
| Account No. | | | | | | | | | |
| **Comcast Post office Box 3002 Southeastern, PA 19398** | | | | | Representing: Comcast | | | | **Notice Only** |

Sheet no. __23__ of __50__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **686.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                                    ,   Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Euler Hermes UMA** <br>**600 South 7th Street** <br>**Louisville, KY 40201** | | | | **Representing:** <br>**Comcast** | | | | **Notice Only** |
| Account No. **xx4634** <br><br>**Core Orthopedics & Sports** <br>**P.O. Box 51** <br>**Palatine, IL 60078** | | - | | **Medical Services** | | | | **124.20** |
| Account No. <br><br>**ACC International** <br>**Acc. Building** <br>**919 Estes Court** <br>**Schaumburg, IL 60193** | | | | **Representing:** <br>**Core Orthopedics & Sports** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx3616** <br><br>**Creditors Protection S** <br>**Po Box 4115** <br>**Rockford, IL 61110** | | - | | **Opened 7/01/09** <br>**CollectionAttorney Alternative Sleep Disorders** | | | X | **734.00** |
| Account No. <br><br>**Dawn Finzel** | | - | | **disputed wage claim** | | | X | **Unknown** |

Sheet no. __24__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**858.20**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                                  ,           Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx1793 <br><br> **Dependon Collection Se** <br> **Attn: Bankruptcy** <br> **Po Box 4833** <br> **Oak Brook, IL 60523** | - | | **Opened 8/01/11 CollectionAttorney Cardiothoracic Surgeons Llc** | | | | 372.00 |
| Account No. <br><br> **Discover Card** <br> **P.O. Box 30395** <br> **Salt Lake City, UT 84130-0395** | - | | **Black Tie Affair Credit Card Business Debt plus accrued interest** | | | | 0.00 |
| Account No. <br><br> **Best Payment Solutions** <br> **7851 West 185th Street** <br> **Suite 200** <br> **Tinley Park, IL 60477** | | | **Representing:** <br> **Discover Card** | | | | Notice Only |
| Account No. xxxxxxxxxxxx6351 <br><br> **Discover Fin Svcs Llc** <br> **Po Box15316** <br> **Wilmington, DE 19850** | - | | **Opened 1/01/06 Last Active 1/07/09 CreditCard for Business plus accrued interest** | | | X | 5,091.23 |
| Account No. <br><br> **Northland Group, Inc.** <br> **PO Box 390846** <br> **Minneapolis, MN 55439** | | | **Representing:** <br> **Discover Fin Svcs Llc** | | | | Notice Only |

Sheet no. __25__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,463.23**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx2103  <br><br>Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850 | | - | | Opened  2/01/07 Last Active  1/07/09<br>CreditCard for Business plus accrued interest | | | X | <br><br>1,916.00 |
| Account No.  <br><br>Dr. Daniel T. O'Carroll<br>22W654 Butterfield Road<br>Glen Ellyn, IL 60137 | | - | | Medical Services | | | | <br><br>Unknown |
| Account No. xx3143  <br><br>Dr. Gene J. Blake, DDS<br>1375 East Schaumburg Road<br>Suite 350<br>Schaumburg, IL 60194 | | - | | Medical Services | | | | <br><br>42.60 |
| Account No.  <br><br>First Federal Credit Control<br>Post Office Box 20790<br>Columbus, OH 43220-0790 | | | | Representing:<br>Dr. Gene J. Blake, DDS | | | | Notice Only |
| Account No. xxxxxxxx6420  <br><br>Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | | - | | Opened  6/01/06  Last Active 11/20/06<br>ChargeAccount for Business | | | X | <br><br>532.00 |

Sheet no. __26__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,490.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **P.O. Box 541** <br> **Elgin, IL 60121-0541** | - | | | possible deficiency on mortgage re 12838 Timber Creek Drive Huntley, Illinois | | | | **Unknown** |
| Account No. <br><br> **Bazos, Freeman, Kramer, Schuster** <br> **1250 Larkin Avenue** <br> **Suite 100** <br> **Elgin, IL 60123** | | | | Representing: Elgin State Bank | | | | **Notice Only** |
| Account No. <br><br> **Elgin State Bank** <br> **c/o Schnell Bazos Freeman Kramer** <br> **1250 Larkin Avenue #100** <br> **Elgin, IL 60123** | | | | possible foreclosure deficiency  1238 Timber Creek Dr.,  Huntley IL | | | | **Unknown** |
| Account No. **xx xxxx x7167** <br><br> **Farmers Insurance** <br> **2272 95th Street - Suite200** <br> **Naperville, IL 60564** | - | | | Insurance Coverage | | | | **193.71** |
| Account No. <br><br> **Credit Collection Services** <br> **Two Wells AVenue** <br> **Dept 9134** <br> **Newton Center, MA 02459** | | | | Representing: Farmers Insurance | | | | **Notice Only** |

Sheet no. __27__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**193.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Debra Joy Mills** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxx3602**<br><br>**Farmers Insurance**<br>**2272 95th Street - Suite200**<br>**Naperville, IL 60564** | | - | | | **Insurance Coverage for Millstone Mortgage Corp.** | | | X | **736.00** |
| Account No.<br><br>**ARSI**<br>**555 St. Charlesd Drive**<br>**Suite 100**<br>**Thousand Oaks, CA 91360** | | | | | **Representing:**<br>**Farmers Insurance** | | | | **Notice Only** |
| Account No. **xxxxx-13-07**<br><br>**Farmers Insurance**<br>**2272 95th Street - Suite200**<br>**Naperville, IL 60564** | | - | | | **Insurance for 207 Hyundai** | | | | **861.60** |
| Account No. **xxxx4625**<br><br>**Ffcc-columbus Inc**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH 43220** | | - | | | **Opened  4/01/11**<br>**CollectionAttorney Health Care Associates** | | | | **118.00** |
| Account No. **xxxxxxxxx6092**<br><br>**Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Buffalo, NY 14228** | | - | | | | | | | **374.99** |

Sheet no. __**28**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,090.59**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CVF Consumer Acquisition Company** | | | | **Representing:** <br> **Firstsource Advantage, LLC** | | | | **Notice Only** |
| Account No. <br><br> **LVNV Funding LLC** <br> **700 Executive Center Drive** <br> **#300** <br> **Greenville, SC 29615** | | | | **Representing:** <br> **Firstsource Advantage, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Galena Territory Association** <br> **2000 Territory Drive** <br> **Galena, IL 61036** | | - | | **assessments re 1118N Clark Lane** <br> **Galena, IL 61036 (property foreclosed)** | | | | **1,491.20** |
| Account No. <br><br> **Hughes and Trannel, PC** <br> **1154 Iowa Street** <br> **Dubuque, IA 52001** | | | | **Representing:** <br> **Galena Territory Association** | | | | **Notice Only** |
| Account No. **xxxxxx0000** <br><br> **Galena Territory Utilities, Inc.** <br> **Post Office Box 1105** <br> **Northbrook, IL 60065-1005** | | - | | **Utilities** | | | | **110.43** |

Sheet no. __29__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,601.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                          ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Business Credit Card Debt plus accrued interest | | | | |
| GE Money Bank P.O. Box 6150 Rapid City, SD 57709-6150 | - | | | | | X | |
| | | | | | | | 2,296.78 |
| Account No. | | | Representing: GE Money Bank | | | | |
| Freedman Anselmo Lindberg & Rappe 1807 West Diehl Road - Suite 333 PO Box 3228 Naperville, IL 60566-7228 | | | | | | | Notice Only |
| Account No. | | | Representing: GE Money Bank | | | | |
| Portfolio Recovery 120 Corporate Blvd - Suite 1 Norfolk, VA 23502 | | | | | | | Notice Only |
| Account No.  **x5728** | | | Medical Services | | | | |
| Hand Surgery Associates, SC 515 West Algonquin Road Arlington Heights, IL 60005 | - | | | | | | |
| | | | | | | | 20.00 |
| Account No.  **xxx5383** | | | Opened  5/01/10 FactoringCompanyAccount Jp Morgan Chase | | | | |
| Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | - | | | | | X | |
| | | | | | | | 11,008.00 |

Sheet no. __**30**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,324.78

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                              ,      Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxx4663**<br><br>Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089 | - | | | | Opened  8/01/09<br>FactoringCompanyAccount Chase Bank Usa N.A | | | X | 3,183.00 |
| Account No.<br><br>Holland Plumbing<br>4359 Industrial Park<br>Post Office Box 231<br>Galena, IL 61036 | - | | | | Maintenance | | | | 286.88 |
| Account No. **xxxxxxxx3253**<br><br>HSBC Bank Nevada N.A.<br>TDM Client Account<br>P.O. Box 326<br>Columbus, GA 31902-0326 | - | | | | Business Credit Card Debt plus accrued interest | | | X | 606.00 |
| Account No.<br><br>LDG Financial Services, LLC<br>7001 Peachtree Industrial Boulevard<br>Suite 320<br>Norcross, GA 30092 | | | | | Representing:<br>HSBC Bank Nevada N.A. | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-3253**<br><br>HSBC Card Services<br>P.O. Box 17313<br>Baltimore, MD 21297-1313 | - | | | | Business Credit Card Debt plus accrued interest | | | | 506.00 |

Sheet no. __**31**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,581.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                                     ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **HSBC Card Services ATTN: Bankruptcy P.O. Box 5213 Carol Stream, IL 60197** | | | | | Representing: HSBC Card Services | | | | **Notice Only** |
| Account No. **xxxxxx5891** | | | | | Opened  7/01/00  Last Active 10/28/09 ChargeAccount for Business | | | X | |
| **Hsbc/carsn Po Box 5253 Carol Stream, IL 60197** | - | | | | | | | | **564.23** |
| Account No. | | | | | | | | | |
| **Capital Management Services, LP 726 Exchange Street Suite 700 Buffalo, NY 14210** | | | | | Representing: Hsbc/carsn | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Leading Edge Recovery Solutions 5440 North Cumberland Avenue Suite 300 Chicago, IL 60656-1490** | | | | | Representing: Hsbc/carsn | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Sunrise Credit Services, Inc. Post Office Box 9100 Farmingdale, NY 11735-9100** | | | | | Representing: Hsbc/carsn | | | | **Notice Only** |

Sheet no. __32__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**564.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6554 | | | | Opened 9/01/04 Last Active 12/15/08 CreditCard for Business | | | | |
| HSBC/Menards Attn: Bankruptcy Pob 5263 Carol Stream, IL 60197 | - | | | | | | X | 3,425.00 |
| Account No. | | | | | | | | |
| Capital Management Services, LP 726 Exchange Street Suite 700 Buffalo, NY 14210 | | | | Representing: HSBC/Menards | | | | Notice Only |
| Account No. | | | | | | | | |
| Fortis Capital IV, LLC 6010 Executive Blvd. #802 Rockville, MD 20852 | | | | Representing: HSBC/Menards | | | | Notice Only |
| Account No. | | | | | | | | |
| Leading Edge Recovery Solutions 5440 N. Cumberland Avenue Chicago, IL 60600 | | | | Representing: HSBC/Menards | | | | Notice Only |
| Account No. | | | | | | | | |
| Sunrise Credit Services | | | | Representing: HSBC/Menards | | | | Notice Only |

Sheet no. __33__ of __50__ sheets attached to Schedule of                              Subtotal                    3,425.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills** _____,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxx3253**<br><br>**Hsbc/ofmax**<br>**Attention: Bankruptcy**<br>**Po Box 5263**<br>**Carol Stream, IL 60197** | | - | | | Opened 11/21/94 Last Active 10/15/08<br>ChargeAccount for Business | | | X | 659.00 |
| Account No.<br><br>**Illinois Bone and Joint Institute**<br>**2401 Ravine Way**<br>**Glenview, IL 60025** | | - | | | Medical Services | | | | 1,534.00 |
| Account No.<br><br>**Illinois Bone and Joint Institute**<br>**5057 Payshere Circle**<br>**Chicago, IL 60674** | | | | | Representing:<br>**Illinois Bone and Joint Institute** | | | | Notice Only |
| Account No.<br><br>**Illinois Cardiothoracic Surgeons**<br>**c/o KLO Professional Billing**<br>**777 Oakmont Lane, Suite 1600**<br>**Westmont, IL 60559** | | - | | | Medical Services | | | | 371.95 |
| Account No.<br><br>**Illinois Department of Labor**<br>**Wage Calim section**<br>**160 N. LaSalle St ste C-1300**<br>**Chicago, IL 60601** | | - | | | claim of former employee Dawn Finzel | | | X | Unknown |

Sheet no. __**34**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,564.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jo Daviess County Collector** <br> **33 North Bench Street** <br> **Room 120** <br> **Galena, IL 61036** | - | | | possible tax on real estate 1118N Clark Lane Galena, IL 61036 | | | X | Unknown |
| Account No. **xxx7001** <br><br> **Jo-Carroll Energy** <br> **Post Office Box 390** <br> **793 US Route 20** <br> **Elizabeth, IL 61028** | - | | | Utilities | | | | 481.43 |
| Account No. <br><br> **Jo-Carroll Energy** <br> **793 US Route 20 West** <br> **Post Office Box 390** <br> **Elizabeth, IL 61028** | - | | | Utilities | | | | 334.96 |
| Account No. <br><br> **JPMorgan Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | - | | | possible mortgage derficiency re 1118N Clark Lane Gale na, IL 61036 | | | X | Unknown |
| Account No. <br><br> **Codilis & Associates** <br> **15W030 North Frontage Road** <br> **Suite 10** <br> **Willowbrook, IL 60527** | | | | Representing: **JPMorgan Chase** | | | | **Notice Only** |

Sheet no. __35__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

816.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: JPMorgan Chase | | | | |
| **Washington Mutual Payment Processing Services P.O. Box 660548 Dallas, TX 75266-0548** | | | | | | | | **Notice Only** |
| Account No. | | | | 118 N. Clark Galena IL ; possible mortgage deficiency | | | | |
| **JPMorgan Chase Bank c/o Codilis & Assoc 15Wo3o North Frontage Raod Willowbrook, IL 60527** | | - | | | | | | **Unknown** |
| Account No. **xxx3535** | | | | 01 Hsbc | | | | |
| **Lhr Inc 56 Main St Hamburg, NY 14075** | | - | | | | | X | **711.00** |
| Account No. | | | | | | | | |
| **LuAnn Long 952 McPhee Drive Lake in the Hills, IL 60156** | | - | | | | | | **0.00** |
| Account No. **xxxx8556** | | | | Medical Services | | | | |
| **MacNeal Physicians Group, LLC 2315 Enterprise Drive Suite 110 Westchester, IL 60154-5809** | | - | | | | | | **726.60** |

Sheet no. __**36**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,437.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills** _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3064**<br><br>**Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368-9195** | - | | **Credit Card Debt plus accrued interest** | | | | **531.54** |
| Account No.<br><br>**Plaza Associates**<br>**Post Office Box 1808**<br>**Hauppauge, NY 11788-8808** | | | **Representing:**<br>**Macy's** | | | | **Notice Only** |
| Account No. **xxxxx0087**<br><br>**Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | - | | **Opened  3/01/10**<br>**CollectionAttorney Midwest Physical Therapy -**<br>**Notice Only** | | | | **0.00** |
| Account No. **xxxxx4078**<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | - | | **Opened  1/01/11**<br>**FactoringCompanyAccount Chase Bank Usa**<br>**N.A.** | | | X | **13,186.00** |
| Account No. **xx4817**<br><br>**Midwest Physical Therapy**<br>**500 Park Boulevard**<br>**Suite LL80C**<br>**Itasca, IL 60143** | - | | **Medical Services** | | | | **120.12** |

Sheet no. __**37**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,837.66**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Merchants Credit Guide Co.** **223 West Jackson Blvd** **Chicago, IL 60606** | | | Representing: **Midwest Physical Therapy** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **National Processing Co.** **c/o Nevada Professional Collections** **10601 Grant Road/Suite 214** **Houston, TX 77070** | | - | | | | | **308.24** |
| Account No. | | | collection account | | | | |
| **NCO Financial Systems** **PO Box 15773** **Wilmington, DE 19850** | | - | | | | | **Unknown** |
| Account No. xxx-x-xxxxxx8123 | | | Medical Services | | | | |
| **Neopath S.C.** **520 East 22nd Street** **Lombard, IL 60148** | | - | | | | | **12.60** |
| Account No. xxxxxxxxxxx5851 | | | Opened  1/01/06  Last Active 12/16/08 CreditCard for Business | | | | |
| **Nordstrom FSB** **Attention:  Bankruptcy Department** **Po Box 6566** **Englewood, CO 80155** | | - | | | | | **10,260.00** |

Sheet no. __38__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,580.84**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Debra Joy Mills__ _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NORTH SHORE UNIVERSITY HEALTH BILLING DEPARTMENT 23056 NETWORK PLACE Chicago, IL 60673-1230** | - | | | **2013 MEDICAL** | | | | 0.00 |
| Account No. **xxx0336**<br><br>**North Shore University Health Syste 23056 Network Place Chicago, IL 60673** | - | | | Medical Services Rendered | | | | 1,935.00 |
| Account No. **x9844**<br><br>**Northwest Dermatology c/o Certified Services, Inc. 1733 Washington Street/Suite 201 Waukegan, IL 60085** | - | | | Medical Services Rendered | | | | 178.00 |
| Account No.<br><br>**Northwest Dermatology Post Office Box 177 Waukegan, IL 60079** | - | | | | | | | Unknown |
| Account No. **xx1039**<br><br>**Northwest Health Care Associates 2360 Hassell Road Suite F Hoffman Estates, IL 60169** | - | | | Medical Services | | | | 80.60 |

Sheet no. __39__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,193.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                                                    ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxx1039** <br><br> **Northwest Health Care Associates** <br> **2360 Hassell Road** <br> **Suite F** <br> **Hoffman Estates, IL 60169** | - | | | Medical Services | | | | 117.60 |
| Account No. <br><br> **Transworld Systems** <br> **Post Office Box 1864** <br> **Santa Rosa, CA 95402** | | | | Representing: <br> Northwest Health Care Associates | | | | Notice Only |
| Account No. <br><br> **Transworld Systems** <br> **1375 East Woodfield Road** <br> **#110** <br> **Schaumburg, IL 60173** | | | | Representing: <br> Northwest Health Care Associates | | | | Notice Only |
| Account No. <br><br> **Ocarroll and Associates, LLC** <br> **Post office Box 189** <br> **Plainfield, IL 60544** | - | | | Medical Services | | | | 176.80 |
| Account No. **xxxxx-xxxx0974** <br><br> **Ocarroll and Associates, LLC** <br> **Post office Box 189** <br> **Plainfield, IL 60544** | - | | | Medical Services | | | | 750.34 |

Sheet no. __**40**__ of __**50**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,044.74 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Debra Joy Mills**                                                                                    ,        Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8704** | | | | **Medical Services** | | | | |
| **Olympic Chiropractic & Physical The 260 EAst Army Trail Road Suite D Bartlett, IL 60103** | - | | | | | | | **70.00** |
| Account No. **xxxx5214** | | | | **Opened 12/01/10 CollectionAttorney Radiology Consultants Woodstoc** | | | | |
| **Osi Collect 507 Prudential Rd. Horsham, PA 19044** | - | | | | | | | **57.00** |
| Account No. | | | | | | | | |
| **Oyster Bay Beach Resort 31 rue Chapon 75003 Paris France** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Iron Shore Management** | - | | | **Representing: Oyster Bay Beach Resort** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Palos Anesthesia Associates, SC PO Box 239D Park Ridge, IL 60068-8018** | - | | | | | | | **0.00** |

Sheet no. __41__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**127.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Iron Shore Management** | | | | Representing: **Palos Anesthesia Associates, SC** | | | | **Notice Only** |
| Account No. **People Magazine** c/o North Shore Agency Post Office Box 4945 Trenton, NJ 08650 | | - | | magazine subscription | | | | 116.97 |
| Account No. **xx3162** **Pinnacle Credit Service** Po Box 640 Hopkins, MN 55343 | | - | | Opened  1/01/11 FactoringCompanyAccount Chase Bank | | | X | 9,560.00 |
| Account No. **xxxx-xxxx-xxxx-4997** **Pinnacle Credit Service** 7900 Highway 7 #100 St. Louis Park, MN 55426 | | - | | Credit Card Debt plus accrued interest | | | | 8,957.20 |
| Account No. **Sage Capital Recovery** 1040 Kings Highway North Cherry Hill, NJ 08034 | | | | Representing: **Pinnacle Credit Service** | | | | **Notice Only** |

Sheet no. __42__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,634.17

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx3568<br><br>**Pnc Mortgage Servicing**<br>**Attention: Bankruptcy**<br>**3232 Newmark Dr.**<br>**Miamisburg, OH 45342** | | - | Opened 10/18/06  Last Active 12/11/08<br>RealEstateSpecificTypeUnknown | | | | **Unknown** |
| Account No. xxxxxxxxxxx8111<br><br>**Portfolio Rc**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | | - | Opened  5/01/10<br>FactoringCompanyAccount Ge Money Bank F.S.B. | | | X | **2,553.00** |
| Account No.<br><br>**Freedman Anselmo Lindberg & Rappe**<br>**1807 West Diehl Road - Suite 333**<br>**PO Box 3228**<br>**Naperville, IL 60566-7228** | | | Representing:<br>Portfolio Rc | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Services**<br>**c/o Freedman Anselmo**<br>**PO Box 3228**<br>**Naperville, IL 60566** | X | - | judgment | | | | **3,000.00** |
| Account No.<br><br>**Pres PT**<br>**874 South Route 59**<br>**Bartlett, IL 60103** | | - | Medical Services | | | | **389.40** |

Sheet no. __43__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,942.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills** _____ ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pres PT**<br>**874 South Route 59**<br>**Bartlett, IL 60103** | - | | **Medical Services** | | | | 996.60 |
| Account No.<br><br>**Pres PT**<br>**874 South Route 59**<br>**Bartlett, IL 60103** | - | | **Medical Services Rendered** | | | | 363.00 |
| Account No.<br><br>**Radiological Consultants of Woodsto**<br>**941 Compubill Drive**<br>**Orland Park, IL 60462** | - | | **Medical Services** | | | | 57.00 |
| Account No. **xx3515**<br><br>**Radiology Consultants, Ltd.**<br>**1730 Park Street**<br>**Suite 101**<br>**Naperville, IL 60563** | - | | **Medical Services** | | | | 15.20 |
| Account No.<br><br>**Ravine Way Surgery Center LLC**<br>**2350 Ravine Way**<br>**Glenview, IL 60025** | - | | **2013**<br>**medial** | | | | **Unknown** |

Sheet no. __44__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,431.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**
                                                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx6092**<br><br>**Rcs/cvf Consumer Acqui**<br>**Po Box 10525**<br>**Greenville, SC 29603** | - | | | | **Opened  8/01/11 FactoringCompanyAccount Wfnnb Victoria S Secret** | | | | 358.00 |
| Account No. **xxxxxxxxxx2661**<br><br>**Resurgent Capital Services, LP**<br>**P.O. Box 10587**<br>**Greenville, SC 29603** | - | | | | **Business Credit Card Debt plus accrued interest** | | | | 2,192.86 |
| Account No. **xxxxxxx2543**<br><br>**Revenue Cycle Solution**<br>**2651 Warrenville R**<br>**Downers Grove, IL 60515** | - | | | | **Opened  1/01/11 CollectionAttorney St. Alexius Medical Center - Notice Only** | | | | 0.00 |
| Account No. **xxxxxxx9506**<br><br>**Revenue Cycle Solution**<br>**2651 Warrenville R**<br>**Downers Grove, IL 60515** | - | | | | **Opened  1/01/11 CollectionAttorney St. Alexius Medical Center - Notice Only** | | | | 0.00 |
| Account No. **xxxxxxx8601**<br><br>**Revenue Cycle Solution**<br>**2651 Warrenville R**<br>**Downers Grove, IL 60515** | - | | | | **Opened  1/01/11 CollectionAttorney St. Alexius Medical Center - Notice Only** | | | | 0.00 |

Sheet no. __**45**__ of __**50**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,550.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                                                ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8610**<br><br>**Rnb-fields3/Macy's**<br>**Macy's Bankruptcy Department**<br>**Po Box 8053**<br>**Mason, OH 45040** | - | | | **Opened 12/01/00  Last Active  6/01/04**<br>**ChargeAccount for Business** | | | X | **Unknown** |
| Account No.<br><br>**Robert J. Long, Sr.**<br>**952 McPhee Drive**<br>**Lake in the Hills, IL 60156** | - | | | **Personal Loan** | | | | **Unknown** |
| Account No. **xxxx1538**<br><br>**Sears Mastercard**<br>**PO Box 6282 Sioux Falls**<br>**Sioux Falls, SD 57117-6282** | - | | | **Credit Card Debt plus accrued interest** | | | | **8,926.62** |
| Account No.<br><br>**Weltman, Weinberg & Reis Co., LPA**<br>**180 North LaSalle Street**<br>**Suite 2400**<br>**Chicago, IL 60601** | | | | **Representing:**<br>**Sears Mastercard** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx2661**<br><br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD 57117** | - | | | **Opened 12/01/97  Last Active  2/05/09**<br>**CreditCard for Business** | | | X | **2,205.44** |

Sheet no. __46__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,132.06**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>**Financial Recovery Services, Inc.**<br>**Post Office Box 385908**<br>**Minneapolis, MN 55438** | | | **Representing:**<br>**Sears/cbna** | | | | **Notice Only** |
| Account No. **x5242**<br><br>**Suburban Life Publications**<br>**Attn: Account Receivable**<br>**1101 W. 31st St., SUite 100**<br>**Downers Grove, IL 60515-5581** | | - | **Black Tie Affair Debt** | | | X | **444.08** |
| Account No.<br><br>**Biehl & Biehl**<br>**Post office Box 87410**<br>**Carol Stream, IL 60188** | | | **Representing:**<br>**Suburban Life Publications** | | | | **Notice Only** |
| Account No. **xxxxx-xxxx7522**<br><br>**Suburban Orthopedics, LLC**<br>**Post Office Box 62896**<br>**Chicago, IL 60693** | | - | **2013**<br>**Medical Services Rendered** | | X | | **500.00** |
| Account No. **xxx7001**<br><br>**Tri State Adjustment F**<br>**440 Challenge St**<br>**Freeport, IL 61032** | | - | **Opened 10/01/09**<br>**CollectionAttorney Jo-Carroll Energy** | | | X | **481.00** |

Sheet no. __47__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,425.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Debra Joy Mills**                                                                    ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx8662** | | | | | Opened  5/01/10 CollectionAttorney Holland Plumbing Inc | | | | |
| **Tri State Adjustment F 440 Challenge St Freeport, IL 61032** | | - | | | | | | X | |
| | | | | | | | | | 287.00 |
| Account No. **xxxx-xxxx-xxxx-1976** | | | | | Credit Card Debt plus accrued interest | | | | |
| **United Mileage Plus Post Office Box 15153 Wilmington, DE 19886-5153** | | - | | | | | | | |
| | | | | | | | | | 36,773.91 |
| Account No. **xxxxxxxxx-0001** | | | | | | | | | |
| **Verizon Wireless PO BOS 25505 Lehigh Valley, PA 18002-5505** | | - | | | | | | X | |
| | | | | | | | | | 1,000.00 |
| Account No. **xxxxx8769** | | | | | Medical Services | | | | |
| **Westlake Hospital 1225 Lake Street ATTN: BIlling Department Melrose Park, IL 60160-4093** | | - | | | | | | | |
| | | | | | | | | | 377.25 |
| Account No. | | | | | | | | | |
| **CMRE Financial Serviceds, Inc. 3075 Eat Imperial Highway Suite 200 Brea, CA 92821** | | | | | Representing: **Westlake Hospital** | | | | **Notice Only** |

Sheet no. __48__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,438.16

B6F (Official Form 6F) (12/07) - Cont.

In re __Debra Joy Mills__ _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx0955**<br><br>Westlake Hospital<br>Post office Box 830913<br>Birmingham, AL 35283 | | - | | Medical Services | | | | 9.00 |
| Account No. **xxxx0955**<br><br>Westlake Hospital<br>Post Office Box 3495<br>Toledo, OH 43607 | | - | | 1/1/2011<br>Medical Services | | | | 22,309.60 |
| Account No. **xxxx1423**<br><br>Westlake Hospital<br>Post Office Box 3495<br>Toledo, OH 43607 | | - | | Medical Services | | | | 5,767.08 |
| Account No. **xxxxx8978**<br><br>Westlake Hospital<br>1225 Lake Street<br>ATTN: BIlling Department<br>Melrose Park, IL 60160-4093 | | - | | Medical Services Rendered | | | | 89.88 |
| Account No. **xxxxxxxxxxxxxx6092**<br><br>Wfnnb/Express<br>4590 E. Broad Street<br>Columbus, OH 43212 | | - | | Credit Card Debt plus accrued interest | | | | 331.00 |

Sheet no. __49__ of __50__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,506.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Debra Joy Mills**                                      ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**NCO Financial Systems, Inc.**<br>**PO Box 12100**<br>**Dept. 64**<br>**Trenton, NJ 08650** | | | | **Representing:**<br>**Wfnnb/Express** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx3692**<br><br>**World Financial Network**<br>**3100 Easton Square Place**<br>**Columbus, OH 43231** | - | | | **Business Debt** | | | X | **366.79** |
| Account No. <br><br>**Allied Interstate**<br>**3000 Corporate Exchange Drive**<br>**5th Floor**<br>**Columbus, OH 43231** | | | | **Representing:**<br>**World Financial Network** | | | | **Notice Only** |
| Account No. <br><br>**CVF Consumer Acquisition Company**<br>**15 South Main Street**<br>**Greenville, SC 29601** | | | | **Representing:**<br>**World Financial Network** | | | | **Notice Only** |
| Account No. <br><br>**Zion First National Bank**<br>**c/o Codilis & Assoc.**<br>**16W030 NOrth Frontage Road**<br>**Willowbrook, IL 60527** | - | | | **possbile deficiency 12838 Timber Creek Dr. Huntley IL** | | | | **Unknown** |

Sheet no. __50__ of __50__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **366.79** |
| Total<br>(Report on Summary of Schedules) | **711,449.01** |

B6G (Official Form 6G) (12/07)

In re  **Debra Joy Mills** _____,  Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Debra Joy Mills**                                                           ,          Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Katherine Hoggay**<br>**241 S. Main #208**<br>**Bartlett, IL 60103** | **Portfolio Recovery Services**<br>**c/o Freedman Anselmo**<br>**PO Box 3228**<br>**Naperville, IL 60566** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Debra Joy Mills**                                                                    Case No.
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **mortgage consultant** | |
| Name of Employer | **Wells Fargo** | |
| How long employed | **5 months** | |
| Address of Employer | **1704 West Algonquin Rd Hoffman Estates, IL 60195** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,177.50 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 2,177.50 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 457.17 | $ | N/A |
| b. Insurance | $ | 561.17 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,018.34 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,159.16 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): **Hutchison Enterprises (caregiver)** | $ | 50.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 50.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,209.16 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 1,209.16 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **job will be terinated in December 2013**

B6J (Official Form 6J) (12/07)

In re __**Debra Joy Mills**_____     Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 975.59 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 200.00 |
|      b. Water and sewer | $ | 0.00 |
|      c. Telephone | $ | 147.00 |
|      d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 600.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 0.00 |
|      b. Life | $ | 0.00 |
|      c. Health | $ | 500.00 |
|      d. Auto | $ | 106.00 |
|      e. Other   **Condominium Insurance** | $ | 20.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)   **Real Estate Taxes** | $ | 450.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 318.67 |
|      b. Other   **Association Fee** | $ | 232.00 |
|      c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Education necessary to maintain employment** | $ | 50.00 |
|      Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,469.26 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,209.16 |
| b.   Average monthly expenses from Line 18 above | $ | 4,469.26 |
| c.   Monthly net income (a. minus b.) | $ | -3,260.10 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Debra Joy Mills**                                                          Case No.
                                                    Debtor(s)        Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**65**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 25, 2013**                         Signature   **/s/ Debra Joy Mills**
                                                                **Debra Joy Mills**
                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Debra Joy Mills**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-400,944.00 | 2010: business loss, rental loss |
| $-392,826.00 | 2011: business loss, rental loss |
| $6,878.00 | 2011: |
| $11.00 | 2010: |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$84,539.00** | **2011 IRA withdrawals** |

---

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Zions First National Bank vs. Debra J. Mills, et al/2009 CH 02583** | **Foreclosure on 12838 Timber Creek Drive, Huntley, Illinois** | **Sixteenth Judicial District/Kane County/Geneva, Illinois** | **Foreclosed** |
| **JP Morgan Chase Bank vs. Debra J. Mills, et al/2009 CH 00035** | **Foreclosure on 1118 North Clark Lane, Galena, IL 61036** | **Fifteenth Judicial District/Jo Daviess County/Galena, Illinois** | **Foreclosed** |

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Elgin Stte Bank vs. Debra J. Mills, et al/2009 CH 1235** | **Foreclosure of Huntley Property** | **Sixteenth Judicial Circuit Court/Kane County/State of Illinois** | **Foreclosed on home** |
| **Illinois Department of Labor vs. Black Tie Affair, Inc. and Debra J. Mills, et al** | **civil prosecution** | **Stte of Illinois** | **dismissed** |
| **Portfolio Recovery Services vs. Mills 2011 M1 107934** | **collection** | **Cook County Municipal** | **post judgment** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Washington Mutual Payment Processing Services P.O. Box 660548 Dallas, TX 75266-0548** | | **1118 North Clark Street, Galena, Illinois 6136 - $184,740** |
| **Zions Bank 1501 Woodfield Road Schaumburg, IL 60173** | | **12838 Timber Creek, Huntley, Illinois - $281,910** |

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard L. Hirsh, P.C.**<br>**1500 Eisenhower Lane**<br>**Suite 800**<br>**Lisle, IL 60532-2135**<br><br>**Debtor Wise Foundation** | **2009** | **$3500.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Robert J. Long, Sr.**<br>**952 McPhee Drive**<br>**Lake in the Hills, IL 60156**<br>    **Brother**<br><br>**mortgage lenders** | **3/2012** | **Quit Claimed 241 South Main Street, Suite #212, Barlett, Illinois; subject to mortgage of $185,000 and judgment lien of $3000.  market value at the time was approx.  $125,000.**<br><br>**see questin #5 above** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Miscellaneous IRAs** | | |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■       a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■       b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■       c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐       a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Millstone Mortgage & Financial Center** | 36-03989027 | **241 South Main Street Suite 208 Bartlett, IL 60103** | **Mortgage Company** | **August 1995 - 2010** |
| **Black Tie Affair, Inc. Day Spa & Salon** | | **Bartlett, IL** | **Spa and Salon** | **August 2005 - 2011** |
| **Boutique Necessities** | | **Bartlett, IL** | **Boutique -- retail sales operated from home** | **2007 - present** |

B7 (Official Form 7) (04/13)

7

None
■
    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                  ADDRESS

---

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■
    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                            DATES SERVICES RENDERED

None
■
    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                    DATES SERVICES RENDERED

None
■
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
■
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                            DATE ISSUED

---

### 20. Inventories

None
■
    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                      (Specify cost, market or other basis)

None
■
    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                          RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST               PERCENTAGE OF INTEREST

B7 (Official Form 7) (04/13)
8

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |
|---|---|

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |
|---|---|

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 25, 2013**                    Signature    **/s/ Debra Joy Mills**

                                                              **Debra Joy Mills**

                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Debra Joy Mills**                                  Case No. _____
                                        Debtor(s)            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Hyundai Motor Finance** | **Describe Property Securing Debt:**<br>**2012 Hyundai Santa Fe VIN Number 5XYZKDAG2CG128937** |

Property will be (check one):
- ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                         ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**St. Charles Bank & Trust Co.** | **Describe Property Securing Debt:**<br>**241 South Main Street**<br>**Unit #208**<br>**Bartlett, IL 60103** |

Property will be (check one):
- ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                         ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES         ☐  NO |

B8 (Form 8) (12/08)                                                                                                      Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __September 25, 2013__                Signature  __/s/ Debra Joy Mills__

                                                       **Debra Joy Mills**
                                                       Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Debra Joy Mills**

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,194.00** |
| Prior to the filing of this statement I have received | $ | **3,194.00** |
| Balance Due | $ | **0.00** |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **prosecute adversary acti regarding fraudulent transfers, preferences as apparoriate under DIP obligations and duties.  see retainer agreement for details and clarification.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **prosecute and  trial of  lien, frauduelnt recoveries, avoidances, trial of contested matters, or any other adversary. see retainer agreement filed for details**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 25, 2013**

/s/ Richard L. Hirsh
**Richard L. Hirsh 1225936**
**Richard L. Hirsh, P.C.**
**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**
**630 434-2600  Fax: 630 434-2626**
**richala@sbcglobal.net**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Debra Joy Mills** _____    Case No. _____

Debtor(s)    Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Debra Joy Mills** | X **/s/ Debra Joy Mills** | **September 25, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Debra Joy Mills**                            Case No. _____

                          Debtor(s)         Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **193**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 25, 2013** _____       **/s/ Debra Joy Mills** _____

                                            **Debra Joy Mills**
                                            Signature of Debtor

ACC International
Acc. Building
919 Estes Court
Schaumburg, IL 60193
.

American Express
P.O. Box 0001
Los Angeles, CA 90096

Bank Of America
P.O. Box 1598
Norfolk, VA 23501

ADT Security Services Inc
P.O. Box 371967
Pittsburgh, PA 15250-7967

Apelles
Post Office Box 1197
Westerville, OH 43086

Bank One
Mail Code IL1-2090
439 West Schick Road
Bloomingdale, IL 60108

Advanta Bk
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477

ARSI
555 St. Charlesd Drive
Suite 100
Thousand Oaks, CA 91360

Barbara White
356 North West Avenue
Elmhurst, IL 60126

Alexian Brothers Health System
3030 Salt Creek
Arlington Heights, IL 60005

Ascenson Col
Po Box 210278
Bedford, TX 76095

Bazos, Freeman, Kramer, Schuster
1250 Larkin Avenue
Suite 100
Elgin, IL 60123

Alexian Brothers Hospital Network
3040 Salt Creek Lane
Arlington Heights, IL 60005

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090

Best Payment Solutions
7851 West 185th Street
Suite 200
Tinley Park, IL 60477

Allied International Credit Corpora
10 EAst Shore Drive
Third Floor
Glen Allen, VA 23059

Asset Acceptance, LLC
PO Box 2036
Warren, MI 40890-2036

Biehl & Biehl
Post office Box 87410
Carol Stream, IL 60188

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

Asset Acceptance, LLC
Post Office Box 2036
Warren, MI 48090

Blitt and Gaines
661 Glenn Avenue
Wheeling, IL 60090

Alternative Sleep Disorder Center
1122 North Main Street
Algonquin, IL 60102

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

Bryan Consulting
651 South Sutton Road
Suite 223
Streamwood, IL 60107

Amer Coll Co/ACC International
Acc International
919 Estes Ct.
Schaumburg, IL 60193

AT&T
P.O. Box 9001309
Louisville, KY 40290-1309

Bsi Financial Services
101 N 2nd St
Titusville, PA 16354

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

Bank Of America
Attn: Bankruptcy NC4-105-0314
Po Box 26012
Greensboro, NC 27410

BSI Financial Services, Inc.
Post Office Box 1943
Richmond, IN 47375

Calvary Portfolio Services
Attention:  Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Chase
P.O. Box 24696
Columbus, OH 43224

Computer Credit Inc.
Claim Dept 003305
640 West Fourth Street
Winston Salem, NC 27113-5238

Calvary Portfolio Services
c/o LTD Financial Services
7322 Southwest Freeway - Suite 1600
Houston, TX 77074

Chase
P.O. Box 24696
Columbus, OH 43224

Comstar  Financial  Services

Calvary Portfolio Services, LLC
Bankruptcy Department
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Core Orthopedics & Sports
P.O. Box 51
Palatine, IL 60078

Calvary  Portfolio  Services,  LLC
Post Office Box 27288
Tempe, AZ 85285

Citi
Attention:  Bankruptcy
Po Box 20507
Kansas City, MO 64915

Credit  Collection  Services
Two Wells AVenue
Dept 9134
Newton Center, MA 02459

Capital  Management  Services,  LP
726 Exchange Street
Suite 700
Buffalo, NY 14210

Citibank
P.O. Box 6000
The Lakes, NV 89163-6000

Creditors  Financial  Group,  LLC
3131 South Vaughn Way
Suite 110
Aurora, CO 80014

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Citigroup Global Markets RealtyCorp
390 Greenwich Street
New York, NY 10013

Creditors  Financial  Group,  LLC
3131 South Vaughn Way
Suirte 110
Aurora, CO 80014

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

CMRE  Financial  Serviceds,  Inc.
3075 Eat Imperial Highway
Suite 200
Brea, CA 92821

Creditors  Protection  S
Po Box 4115
Rockford, IL 61110

Central  Portfolio  Control

Codilis & Associates
15W030 North Frontage Road
Suite 10
Willowbrook, IL 60527

CVF Consumer Acquisition Compan
15 South Main Street
Greenville, SC 29601

Central  Portfolio  Control,  Inc.
6640 Shady Oak Road
Suite #300
Eden Prairie, MN 55344-7710

Comcast
1711 E. Wilson Street
Batavia, IL 60510-1470

CVF Consumer Acquisition Compan

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Comcast
Post office Box 3002
Southeastern, PA 19398

Dawn  Finzel

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523

Dlfred Harms-1 UMA
600 Summit Street
Louisville, KY 40201

Galena Territory Utilities, Inc.
Post Office Box 1105
Northbrook, IL 60065-1005

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395

Farmers Insurance
2272 95th Street - Suite200
Naperville, IL 60564

GE Money Bank
P.O. Box 6150
Rapid City, SD 57709-6150

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220

Hand Surgery Associates, SC
515 West Algonquin Road
Arlington Heights, IL 60005

Dr. Daniel T. O'Carroll
22W654 Butterfield Road
Glen Ellyn, IL 60137

Financial Recovery Services, Inc.
Post Office Box 385908
Minneapolis, MN 55438

Hilco Receivables/Equable Ascent F
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Dr. Gene J. Blake, DDS
1375 East Schaumburg Road
Suite 350
Schaumburg, IL 60194

First Federal Credit Control
Post Office Box 20790
Columbus, OH 43220-0790

Holland Plumbing
4359 Industrial Park
Post Office Box 231
Galena, IL 61036

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

HSBC Bank Nevada N.A.
TDM Client Account
P.O. Box 326
Columbus, GA 31902-0326

Elgin State Bank
1001 S. Randall Road
P.O. Box 541
Elgin, IL 60121-0541

Focus Receivables Managment
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

HSBC Card Services
P.O. Box 17313
Baltimore, MD 21297-1313

Elgin State Bank
c/o Schnell Bazos Freeman Kramer
1250 Larkin Avenue #100
Elgin, IL 60123

Fortis Capital IV, LLC
6010 Executive Blvd.
#802
Rockville, MD 20852

HSBC Card Services
ATTN: Bankruptcy
P.O. Box 5213
Carol Stream, IL 60197

Encore Receivable Management, Inc.
400 North Rogers Road
PO Box 3330
Topeka, KS 66603-3330

Freedman Anselmo Lindberg & Rappe
1807 West Diehl Road - Suite 333
PO Box 3228
Naperville, IL 60566-7228

Hsbc/carsn
Po Box 5253
Carol Stream, IL 60197

Equable Ascent Financial
1120 West Lake Co.
Buffalo Grove, IL 60089

Galena Territory Association
2000 Territory Drive
Galena, IL 61036

HSBC/Menards
Attn: Bankruptcy
Pob 5263
Carol Stream, IL 60197

Hsbc/ofmax
Attention: Bankruptcy
Po Box 5263
Carol Stream, IL 60197

Hughes and Trannel, PC
1154 Iowa Street
Dubuque, IA 52001

Hyundai Motor Finance
10550 Talbert
Fountain Valley, CA 92628

Illinois Bone and Joint Institute
2401 Ravine Way
Glenview, IL 60025

Illinois Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674

Illinois Cardiothoracic Surgeons
c/o KLO Professional Billing
777 Oakmont Lane, Suite 1600
Westmont, IL 60559

Illinois Department of Labor
Wage Calim section
160 N. LaSalle St ste C-1300
Chicago, IL 60601

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Iron Shore Management

Jo Christensen & Associates Inc.
Post Office Box 5190
Sauk Rapids, MN 56379

Jo Daviess County Collector
33 North Bench Street
Room 120
Galena, IL 61036

Jo-Carroll Energy
Post Office Box 390
793 US Route 20
Elizabeth, IL 61028

Jo-Carroll Energy
793 US Route 20 West
Post Office Box 390
Elizabeth, IL 61028

JPMorgan Chase
P.O. Box 15153
Wilmington, DE 19886-5153

JPMorgan Chase Bank
c/o Codilis & Assoc
15Wo3o North Frontage Raod
Willowbrook, IL 60527

Katherine Hoggay
241 S. Main #208
Bartlett, IL 60103

Keynote Consulting, Inc.
220 Camput Drive
Suite 102
Arlington Heights, IL 60004

Law Offices of Mitchell N. Kay, PC
PO Box 2374
Chicago, IL 60690-2364

LDG Financial Services, LLC
7001 Peachtree Industrial Boulevard
Suite 320
Norcross, GA 30092

Leading Edge Recovery Solutions
5440 N. Cumberland Avenue
Chicago, IL 60600

Leading Edge Recovery Solutions
5440 North Cumberland Avenue
Suite 300
Chicago, IL 60656-1490

Lhr Inc
56 Main St
Hamburg, NY 14075

LNVN Funding, LLC
Post office Box 3038
Evansville, IN 47730

LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

LuAnn Long
952 McPhee Drive
Lake in the Hills, IL 60156

LVNV Funding LLC
700 Executive Center Drive
#300
Greenville, SC 29615

MacNeal Physicians Group, LLC
2315 Enterprise Drive
Suite 110
Westchester, IL 60154-5809

Macy's
P.O. Box 689195
Des Moines, IA 50368-9195

Malcolm S. Gerald and AssociatesI
332 South Michigan Avenue
Suite 600
Chicago, IL 60604

Merchants C...
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606

NCO Financial Systems...
P O Box 8873
Wilmington, DE 19850

...carroll and Associates, LLC
Post office Box 189
Plainfield, IL 60544

Merchants Credit Guide Co.
223 West Jackson Blvd
Chicago, IL 60606

NCO Financial Systems, Inc.
PO Box 12100
Dept. 64
Trenton, NJ 08650

Olympic Chiropractic & Physical Th
260 EAst Army Trail Road
Suite D
Bartlett, IL 60103

Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Neopath S.C.
520 East 22nd Street
Lombard, IL 60148

Optimum Outcomes
Post office Box 660943
Dallas, TX 75266

Midland Credit Management, Inc.
Post Office Box 60578
Los Angeles, CA 90060

Nordstrom FSB
Attention:  Bankruptcy Department
Po Box 6566
Englewood, CO 80155

Optimum Outcomes Computer Cred

Midland Credit Management, inc.
Post Office Box 603
Dept. #12421
Oaks, PA 19456

NORTH SHORE UNIVERSITY HEALTH
BILLING DEPARTMENT
23056 NETWORK PLACE
Chicago, IL 60673-1230

Osi Collect
507 Prudential Rd.
Horsham, PA 19044

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

North Shore University Health Syste
23056 Network Place
Chicago, IL 60673

Oyster Bay Beach Resort
31 rue Chapon
75003 Paris
France

Midwest Physical Therapy
500 Park Boulevard
Suite LL80C
Itasca, IL 60143

Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439

Palos Anesthesia Associates, SC
PO Box 239D
Park Ridge, IL 60068-8018

National Action Financial Services
165 Lawrence Bell Drive, Suite 100
Post Office Box 927
Buffalo, NY 14231

Northwest Dermatology
c/o Certified Services, Inc.
1733 Washington Street/Suite 201
Waukegan, IL 60085

People Magazine
c/o North Shore Agency
Post Office Box 4945
Trenton, NJ 08650

National Processing Co.
c/o Nevada Professional Collections
10601 Grant Road/Suite 214
Houston, TX 77070

Northwest Dermatology
Post Office Box 177
Waukegan, IL 60079

PFG of Minnesota
7825 Washington Avenue
Suite 310
Minneapolis, MN 55439

Nationwide Credit, Inc.
2015 Vaughn Road NW
Building 400
Kennesaw, GA 30144

Northwest Health Care Associates
2360 Hassell Road
Suite F
Hoffman Estates, IL 60169

Pinnacle Collection Agency, Inc.
1900 Sangamon Avenue
Suite B
Springfield, IL 62702

Pinnacle Credit Service
Po Box 640
Hopkins, MN 55343

Radiological Consultant of Woodale
940 Campus Dr
Orland Park, IL 60462

Sage Capital Recovery
1040 Kings Highway North
Cherry Hill, NJ 08034

Pinnacle Credit Service
7900 Highway 7 #100
St. Louis Park, MN 55426

Radiology Consultants, Ltd.
1730 Park Street
Suite 101
Naperville, IL 60563

Sears Mastercard
PO Box 6282 Sioux Falls
Sioux Falls, SD 57117-6282

Pinnacle Group

Ravine Way Surgery Center LLC
2350 Ravine Way
Glenview, IL 60025

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Plaza Associates
Post Office Box 1808
Hauppauge, NY 11788-8808

Rcs/cvf Consumer Acqui
Po Box 10525
Greenville, SC 29603

SEP LLC BTC LOFTS
241 S. MAIN
Bartlett, IL 60103

Pnc Mortgage Servicing
Attention: Bankruptcy
3232 Newmark Dr.
Miamisburg, OH 45342

Resurgent Capital Services, LP
P.O. Box 10587
Greenville, SC 29603

St. Charles Bank & Trust Co.
Loan Department
411 West Main Street
Saint Charles, IL 60174

Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Revenue Cycle Solution
2651 Warrenville R
Downers Grove, IL 60515

Strategic Recovery Group
7880 Bent Branch Drive
Suite 150
Irving, TX 75063

Portfolio Recovery
120 Corporate Blvd - Suite 1
Norfolk, VA 23502

Revenue Cycle Solutions, Inc.
Post Office Box 361230
Birmingham, AL 35236

Suburban Life Publications
Attn: Account Receivable
1101 W. 31st St., SUite 100
Downers Grove, IL 60515-5581

Portfolio Recovery Services
c/o Freedman Anselmo
PO Box 3228
Naperville, IL 60566

Revenue Cycle Solutions, Inc.
P.O. Box 7229
Westchester, IL 60154-7229

Suburban Orthopedics, LLC
Post Office Box 62896
Chicago, IL 60693

Pres PT
874 South Route 59
Bartlett, IL 60103

Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040

Sunrise Credit Services

RAB, Inc.
PO Box
Memphis, TN 38184-0111

Robert J. Long, Sr.
952 McPhee Drive
Lake in the Hills, IL 60156

Sunrise Credit Services, Inc.
Post Office Box 9100
Farmingdale, NY 11735-9100

Transworld Systems
Post Office Box 1864
Santa Rosa, CA 95402

WebbExpress
4300 E Broad Street
Columbus, OH 43212

Transworld Systems
1375 East Woodfield Road
#110
Schaumburg, IL 60173

World Financial Network
3100 Easton Square Place
Columbus, OH 43231

Tri State Adjustment F
440 Challenge St
Freeport, IL 61032

Zion First National Bank
c/o Codilis & Assoc.
16W030 NOrth Frontage Road
Willowbrook, IL 60527

United Mileage Plus
Post Office Box 15153
Wilmington, DE 19886-5153

Verizon Wireless
PO BOS 25505
Lehigh Valley, PA 18002-5505

Washington Mutual
Payment Processing Services
P.O. Box 660548
Dallas, TX 75266-0548

Weltman, Weinberg & Reis Co., LPA
180 North LaSalle Street
Suite 2400
Chicago, IL 60601

Westlake Hospital
1225 Lake Street
ATTN: BIlling Department
Melrose Park, IL 60160-4093

Westlake Hospital
Post office Box 830913
Birmingham, AL 35283

Westlake Hospital
Post Office Box 3495
Toledo, OH 43607